746

## Commonwealth *v.* Norman, Appellant.

Submitted June 14, 1969. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Osbourne, Appellant.

Submitted June 11, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.